Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation               :    1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                         :    **NOTICE OF APPEARANCE**
Jane Whipple                                        :
v. Merck & Co., Inc.                                :

Case No: 1:08-cv-4901-JFK                           :
------------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 26, 2008
      New York, New York         Respectfully submitted,


                                      By: _____/s/_____
                                            Paul F. Strain

                                            Venable LLP
                                            750 E. Pratt Street, Suite 900
                                            Baltimore, Maryland 21202
                                            (410) 244-7717
                                            Fax: (410) 244-7742
                                            Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                       /s/
                              Paul F. Strain

                              Venable LLP
                              750 E. Pratt Street, Suite 900
                              Baltimore, Maryland 21202
                              (410) 244-7717
                              Fax: (410) 244-7742
                              Email: pfstrain@venable.com